1  LAW OFFICE OF JEFFREY D. FULTON
   Jeffrey D. Fulton (Bar No. 206466)
2  Natalya Grunwald (Bar No. 265084)
   2150 River Plaza Drive, Suite 260
3  Sacramento, California 95833
   Telephone:  (916) 993-4900
4  Facsimile:  (916) 441-5575
   Email: JFulton@JFultonLaw.com
5  Email: NGrunwald@JFultonLaw.com

6  Attorneys for Plaintiff
   ERIC HILL
7

8  Julius M. Turman, Esq. (SBN. No. 226126)
   Philip Smith, Esq. (SBN No.  232462)
9  REED SMITH LLP
   101 Second Street
10 Suite 1800
   San Francisco, CA  94105-3659
11 Telephone: +1 415 543 8700
   Facsimile: +1 415 391 8269
12 Email:        jturman@reedsmith.com
                 psmith@reedsmith.com
13
   Attorneys for Defendant
14 THE SYGMA NETWORK, INC.

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17                         SACRAMENTO DIVISION

18

19 ERIC HILL                              Case No. 2:13-cv-02638-MCE-EFB

20              Plaintiff,                 **STIPULATION TO CONTINUE
                                           DISCOVERY AND HEARING ON
21      v.                                 DISPOSITIVE MOTIONS DEADLINE AND
                                           ORDER GRANTING THE REQUEST TO
22 THE SYGMA NETWORK, INC. and DOES 1      CONTINUE DISCOVERY AND HEARING
   through 100, INCLUSIVE,                 ON DISPOSITIVE MOTIONS DEADLINE**
23
               Defendants.
24

25

26

27

28
                                                  CASE NO. 2:13-CV-02638-MCE-EFB

Plaintiff ERIC HILL ("Plaintiff" or "Hill") and Defendant THE SYGMA NETWORK, INC. ("Defendant" or "Sygma") by and through their counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint on October 24, 2013.

WHEREAS, Defendant removed this matter to this Court on December 20, 3013.

WHEREAS, per this Court's Pretrial Scheduling Order of March 18, 2014, discovery shall be completed by September 19, 2014.

WHEREAS, the parties timely exchanged initial disclosures and engaged in written discovery.

WHEREAS, Defendant has previously noticed Plaintiff's deposition to be held on July 18 and August 12, 2014, but has been unable to commence Plaintiff's deposition due to defense counsel's unanticipated scheduling conflicts.

WHEREAS, the parties have agreed to schedule Plaintiff's deposition for August 28, 2014.

WHEREAS, Defendant intends to serve supplemental disclosures, pursuant to Federal Rule of Civil Procedure 26(e), based upon its identification of additional information subject to disclosure which may not be known to Plaintiff.

WHEREAS, due to scheduling conflicts and trial calendar, Plaintiff's counsel is unable to complete discovery, specifically depositions of key witnesses by discovery cut-off date of September 19, 2014.

WHEREAS, per this Court's Pretrial Scheduling Order, the final pretrial conference is scheduled for May 28, 2015.

WHEREAS, per this Court's Pretrial Scheduling Order, trial is set for July 20, 2015.

WHEREAS, the parties desire to extend the fact discovery deadline from September 19 to November 14, 2014.

WHEREAS, the parties desire to extend the deadline to disclose expert witnesses from November 20 until January 15, 2014.

WHEREAS, the parties desire to extend the deadline to hear dispositive motions

1

STIPULATION TO CONTINUE DISCOVERY AND HEARING ON DISPOSITIVE MOTIONS DEADLINE

from March 19 to April 2, 2015.

WHEREAS, the parties' desired extension for discovery and hearing dispositive motions deadlines will not affect the Court's schedule for the final pretrial conference and trial.

THEREFORE, although Plaintiff desired a slightly greater extension, Plaintiff and Defendant currently stipulate to extend the fact discovery deadline to November 14, 2014.

THEREFORE, Plaintiff and Defendant stipulate to extend the expert witness disclosure deadline to January 15, 2015, with an equivalent extension of all attendant expert discovery deadlines arising thereafter.

THEREFORE, Plaintiff and Defendant stipulate to extend the deadline to hear dispositive motions to April 2, 2015.

IT IS SO STIPULATED.

DATED:  August 26, 2014                    LAW OFFICE OF JEFFREY D. FULTON

By: /s/ *Jeffrey D. Fulton*
                                                          Jeffrey D. Fulton
                                                          Natalya Grunwald
                                                          Attorneys for Plaintiff,
                                                          ERIC HILL

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

DATED:  August 26, 2014                    REED SMITH LLP


                                           By: /s/ *L. Julius M. Turman*
                                              L. Julius M. Turman
                                              Philip J. Smith
                                              Attorneys for Defendant,
                                              THE SYGMA NETWORK, INC.


                              **ORDER**

    **IT IS SO ORDERED**.

Dated:  September 3, 2014

                                           _____
                                           MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                           UNITED STATES DISTRICT COURT