1  Jeffrey D. Fulton (Bar No. 206466)
   Natalya Grunwald (Bar No. 265084)
2  LAW OFFICE OF JEFFREY D. FULTON
   2150 River Plaza Drive, Suite 260
3  Sacramento, California 95833
   Telephone:  (916) 993-4900
4  Facsimile:   (916) 441-5575
   Email: JFulton@JFultonLaw.com
5  Email: NGrunwald@JFultonLaw.com

6  Attorneys for Plaintiff
   ERIC HILL
7

8  L. Julius M. Turman (SBN. No. 226126)
   REED SMITH LLP
9  101 Second Street
   Suite 1800
10 San Francisco, CA  94105-3659
   Telephone: +1 415 543 8700
11 Facsimile: +1 415 391 8269
   Email: jturman@reedsmith.com
12
   Attorneys for Defendant
13 THE SYGMA NETWORK, INC.

14

15                       UNITED STATES DISTRICT COURT

16                       EASTERN DISTRICT OF CALIFORNIA

17                            SACRAMENTO DIVISION

18 | ERIC HILL                              | Case No. 2:13-cv-02638-MCE-EFB
19 |        Plaintiff,                      | **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**
20 |   v.                                   |
21 | THE SYGMA NETWORK, INC. and            |
   | DOES 1 through 100, INCLUSIVE,         |
22 |                                        |
   |        Defendants.                     |
23

24

25

26

27

28

                                                    CASE NO. 2:13-cv-02638-MCE-EFB
STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER RE SAME

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff ERIC HILL ("Plaintiff" or "Hill") and Defendant THE SYGMA NETWORK, INC. ("Defendant" or "Sygma"), through their respective attorneys of record, hereby stipulate to and request dismissal of this matter with prejudice. Each of the undersigned parties agrees that it shall bear its own costs and attorney's fees associated with this matter.

IT IS SO STIPULATED.

DATED: January 20, 2015          LAW OFFICE OF JEFFREY D. FULTON

By: /s/ *Jeffrey D. Fulton*
Jeffrey D. Fulton
Natalya Grunwald
Attorneys for Plaintiff,
ERIC HILL

DATED: January 20, 2015          REED SMITH LLP

By: /s/ *L. Julius M. Turman*
L. Julius M. Turman
Attorneys for Defendant,
THE SYGMA NETWORK, INC.

Based on the parties' stipulation, and good cause appearing, **IT IS SO ORDERED that this matter is DISMISSED WITH PREJUDICE.** Thew Clerk is directed to close the file.

Dated: January 27, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT